IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. ADT LLC, *Defendant*. | Case No. 1:21-cv-06374 <br><br> Judge Mary M. Rowland <br><br> **NOTICE OF UNEXECUTED WAIVER** |

PLEASE TAKE NOTICE that Plaintiff Jorge Alejandro Rojas attempted to execute a waiver of service on Defendant ADT, LLC, but was unable to. The request to waive service was sent to ADT's registered agent via UPS Ground, tracking number 1Z4F4Y110351903740, on November 30, 2021, and delivered on December 2, 2021. The deadline for the return of the waiver was December 30, 2021. As of this filing, a signed waiver has not been received. Attempts to serve Defendant via service of process are now being attempted, and a motion to recover the costs of service of process will be filed after Defendant appears.

Dated: January 4, 2022

Respectfully Submitted,

/s/ *Jorge Alejandro Rojas*
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

1

## **CERTIFICATE OF SERVICE**

 Defendant will be sent a copy of this filing in via regular mail to its registered agent on January 5, 2022.

*/s/ Jorge Alejandro Rojas*